UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 19 PM 1:48

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 315-12 |
| ) | |
| JOSE MARTIN IBARRA-GARCIA ) | |
| ) | |
| Defendant ) | |

## ORDER

Application for leave of absence has been requested by Jennifer G. Solari for October 20, 2015 through and including October 23, 2015.

The above and foregoing request for leave of absence is approved.

SO ORDERED this 19th day of October, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA